IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA CORREIA et al,                              No   C 09-0179 VRW

      Plaintiffs,
                                                    ORDER

      v

ALLIS-CHALMERS CORP PRODUCT
LIABILITY TRUST et al,

      Defendants,

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, see 28 USC § 455(b)(4), hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

      All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

      IT IS SO ORDERED.

                                                                 VAUGHN R WALKER
                                                                 United States District Chief Judge