ALAN R. BRAYTON, ESQ., S.B. #73685
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| SHEILA CORREIA, as Wrongful Death Heir, and as Successor-in-Interest to KENNETH BURNETT, Deceased; and ANTHONY BURNETT, and SHANNON RAMER, as Legal Heirs of KENNETH BURNETT, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>Defendants.<br><br>Removing Defendant:<br>FOSTER WHEELER LLC | Case No. CV09-0179 SBA<br><br>JOINT STIPULATION TO DISMISS DEFENDANT FOSTER WHEELER LLC AND TO REMAND ACTION TO STATE COURT<br><br>[Local Rules 7-1 and 7-12; FRCP 41] |

Plaintiffs SHEILA CORREIA, as Wrongful Death Heir, and as Successor-in-Interest to KENNETH BURNETT, Deceased; and ANTHONY BURNETT, and SHANNON RAMER, as Legal Heirs of KENNETH BURNETT, Deceased ("Plaintiffs"), and Defendant FOSTER WHEELER LLC, ("FOSTER WHEELER") file the following joint stipulation pursuant to Local Rules 7-1 and 7-12.

Defendant FOSTER WHEELER LLC removed this case to the United States District Court for the Northern District of California on January 14, 2009, under 28 U.S.C. § 1446(b),

on the grounds that FOSTER WHEELER manufactured marine boilers and auxiliary equipment for use on Navy ships pursuant to contracts and specifications executed by the Navy.

FOSTER WHEELER was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal.

Plaintiffs and FOSTER WHEELER, have agreed to dismiss FOSTER WHEELER with prejudice and both parties agree to waive their costs.

WHEREAS, FOSTER WHEELERS' desire for a federal forum for this action is now moot given the resolution of Plaintiffs' claims against it and pursuant to the parties' resolution, Plaintiffs and FOSTER WHEELER seek to have this action remanded to state court;

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and FOSTER WHEELER, that all claims against FOSTER WHEELER shall be, and hereby are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: February _____, 2009        BRAYTON ❖ PURCELL LLP

                                    By: _____
                                        Lloyd F. LeRoy
                                        Attorneys for Plaintiffs
                                        SHEILA CORREIA, et al.

Dated: February _____, 2009        BRYDON HUGO & PARKER

                                    By: _____
                                        James C. Parker
                                        Attorneys for Defendant
                                        FOSTER WHEELER LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.  This case is REMANDED to the Superior Court of California, City and County of San Francisco, Case No. 274876.  The Clerk shall send a certified copy of this Order to the Clerk of the San Francisco Superior Court.

Dated:  February 17, 2009

By:  *Saundra B Armstrong*
Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE